**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Arthur F. Gerth,                                      )
                                                     )
            Plaintiff,                               )        No. CIV 03-2369-PHX-EHC (DKD)
                                                     )
vs.                                                  )
                                                     )        **ORDER**
Arizona Department of Corrections, et al.,)
                                                     )
            Defendants.                              )
_____)

        On October 26, 2005, service upon Defendant Saliaz was returned unexecuted, indicating that said Defendant "Attempted not known - individual not in our database" (Doc. #14). However, it is unclear whether Defendant Saliaz may have been transferred to another facility.

        Accordingly, defense counsel will be required to advise the court and Plaintiff regarding this matter.  If Defendant Saliaz is still employed with the ADOC, Defendants shall provide that information to Plaintiff.  If Defendant Saliaz is no longer employed by the ADOC, Defendants shall provide his/her last known home address to the Court UNDER SEAL.

        **IT IS THEREFORE ORDERED THAT**:

        1.  Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with Defendant Saliaz's current work location if said Defendant is still employed with the ADOC.  If Plaintiff is provided this information, he shall prepare and return a service packet to the Clerk of the Court.  The Clerk of the Court is further directed to send a service packet to Plaintiff.  If Defendant Saliaz is no longer employed with the ADOC, Defendants shall file UNDER SEAL Defendant Saliaz's last known home address.  Upon receipt of that information,

1  the Clerk of the Court shall prepare and send to the U.S. Marshal a service packet for service

2  of the Summons and Complaint upon Defendant Saliaz.

3       2.  The time for completing service shall be extended sixty (60) days from the date this

4  Order is filed.

5       DATED this 21st day of December, 2005.

6

7

8                                  David K. Duncan

9                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28